OLIVER PORTER, Appellant, *v.* NATHAN KNAPP, Respondent.

(Argued January 7, 1875; decided May term, 1875.)

THE principal and only question of importance in this case was the same as that in *Warren* v. *Haight, ante,* p. 171.

*Amasa J. Parker* for the appellant.

*H. Hoyt* for the respondent.

DWIGHT, C., reads for reversal.
All concur.
Order reversed and judgment on verdict affirmed, with costs.

---

FREDERICK W. ROBINSON, Respondent, *v.* PETER G. SHARP, Appellant.

(Argued January 9, 1875; decided May term, 1875.)

THE principal question in this case was disposed of upon the ground that the defence was not based upon it, nor was it presented in the court below.

*James E. Dewey* for the appellant.

*E. Countryman* for the respondent.

GRAY, C., reads for affirmance.
All concur.
Judgment affirmed.